DAVID L. ANDERSON
United States Attorney

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

KARI M. LARSON
Senior Litigation Counsel
KAVITHA BONDADA
Trial Attorney
U.S. Department of Justice, Tax Division
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone:   (202) 616-3822
             (202) 307-6536
Fax:         (202) 514-6866
Email:       Kari.M.Larson@usdoj.gov
             kavitha.bondada@usdoj.gov
Counsel for Respondent United States of America

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRONIC DISEASE FUND, INC., | CASE NO. 3:17-cv-00721-JSC |
| Petitioner | **STIPULATION OF DISMISSAL** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent | |

    Petitioner, Chronic Disease Fund d/b/a Good Days and Respondent, the United States of America jointly stipulate to the dismissal of the Petition to Quash IRS Summons Issued to Third Party Genentech, Idec. [ECF No. 1], and Motion to Deny Petition to Quash IRS Summons Issued to Third-Party Bayer, and to Enforce [ECF No. 17], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c).

1  The parties further stipulate that the summons at issue is enforced with respect to the documents Genentech has already produced, and will not be further enforced. Each party shall bear its own fees and costs.

Accordingly, the Court may now administratively close this case.

Dated: August 9, 2019

DAVID L. ANDERSON
United States Attorney

RICHARD E. ZUCKERMAN
Principal Deputy Attorney General, Tax Division

By: /s/ Kari M. Larson
KARI M. LARSON
Senior Litigation Counsel
KAVITHA BONDADA
Trial Attorney
U.S. Department of Justice, Tax Division
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044

Telephone:   (202) 616-3822
             (202) 307-6536
Fax:         (202) 514-6866
Email:       Kari.M.Larson@usdoj.gov
             kavitha.bondada@usdoj.gov

*Counsel for Respondent United States of America*


VENABLE LLP

By: /s/ Patrick J. Boyle
Patrick J. Boyle*
Email: pboyle@venable.com
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
*admitted pro hac vice

Thomas E. Wallerstein (SBN 232086)
Email: twallerstein@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:   (415) 653-3750
Facsimile:   (415) 653-3755
*Attorneys for Petitioner Chronic Disease Fund, Inc.*

**STIPULATION OF DISMISSAL**                              2

# ATTESTATION REGARDING SIGNATURES

I, Patrick J. Boyle, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 9, 2019

VENABLE LLP

By: /s/ Patrick J. Boyle
Patrick J. Boyle*
Email: pboyle@venable.com
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
*admitted pro hac vice

Thomas E. Wallerstein (SBN 232086)
Email: twallerstein@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:    (415) 653-3750
Facsimile:    (415) 653-3755
*Attorneys for Petitioner Chronic Disease Fund, Inc.*

## **[PROPOSED] ORDER**

On consideration of the Stipulation of Dismissal between the parties, and for good cause shown, it is on this _____ day _____, 2019, ORDERED that the parties' Stipulation of Dismissal is hereby GRANTED.  The above-captioned action is dismissed.

It is further ORDERED that Respondent shall serve this Order on Genentech.

IT IS SO ORDERED on this _____ day of _____, 2019.

_____
Hon. Jacqueline Scott Corley
United States Magistrate Judge